644 F.2d 354
 UNITED STATES of America, Plaintiff-Appellee,
v.
Robert HAMM, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Willis Judge BUTLER, Les Wallick Fuller, Dayton Bud Evans,
Jr. and Larry Dale Washington, Defendants-Appellants.
 Nos. 80-1315, 80-1331.
 United States Court of Appeals,
Fifth Circuit.
 
 Unit A
 April 23, 1981.
 Appeals from the United States District Court for the Eastern District of Texas, Joe J. Fisher, Judge.
 
 
 1
 Edward D. Foreman, Pros. Atty., Thomas E. Reynolds, St. Petersburg, Fla., for defendant-appellant.
 
 
 2
 William C. Bryson, Peter E. Scheer, Attys., Washington, D. C., for plaintiff-appellee.
 
 
 3
 Randy Schaffer, Houston, Tex., for Washington.
 
 
 4
 Melvyn C. Bruder, Dallas, Tex., for Butler & Evans (Fuller).
 
 
 5
 ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC
 
 
 6
 (Opinion March 2, 1981, 5 Cir., 638 F.2d 823)
 
 
 7
 Before BROWN, COLEMAN, AINSWORTH, CHARLES CLARK, GEE, RUBIN, GARZA, REAVLEY, POLITZ, RANDALL, TATE, SAM D. JOHNSON and WILLIAMS, Circuit Judges.
 
 BY THE COURT:
 
 8
 A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,
 
 
 9
 IT IS ORDERED that this cause shall be reheard by the Court en banc on briefs without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.